**Exhibit D**

**Infringement of Claim 1 of U.S. Patent Number 7,088,854 by RSIP Vision**

| CLAIM LANGUAGE | Infringing Application |
|---|---|
| 1. A computer program product for generating special-purpose image analysis algorithms comprising:<br><br>a computer usable medium having computer readable program code embodied therein, said computer readable program code configured to: | <br><br>https://www.rsipvision.com/medical-segmentation/<br><br>RSIP Vision imaging technology ("Infringing Product") is a computer program product for generating image analysis. |

**Exhibit D**

| | |
|---|---|
| obtain at least one image having a plurality of chromatic data points; | <br>The Infringing Product takes an image. |

**Exhibit D**

| | |
|---|---|
| | 

https://www.rsipvision.com/medical-segmentation/

The Infringing Product generates an algorithm based on user manual annotation of objects of interest thereby training the algorithm. |
| generate an evolving algorithm that partitions said plurality of chromatic data points within said at least one image into at least one entity identified in accordance with a user's judgment; and | |

**Exhibit D**

| | |
|---|---|
| store a first instance of said evolving algorithm as a product algorithm wherein said product algorithm enables the automatic classification of instances of said at least one entity within at least one second image in accordance with said judgment of said user. |  **Automatic segmentation of tumor cells**<br><br>Visual examination of **tumor cells** is highly time-consuming and not readily available in clinical applications, where rapid intervention is crucial. Thus, manual segmentation of tumor cells by humans is a quite unpractical and non-trivial task even for experts. Therefore we propose a method for an automatic tumor cells segmentation in histological tissue with variable biomarker expression levels, using **computer vision algorithms and machine learning**. *Read more...*<br><br>https://www.rsipvision.com/medical-segmentation/<br><br>The Infringing Product stores the evolving algorithm and runs the stored algorithm on all the data to automatically classify additional image of similar type/requirement. |