**Exhibit E**

**Infringement of Claim 1 of U.S. Patent Number 7,254,266 by RSIP Vision**

| CLAIM LANGUAGE | Infringing Application |
| --- | --- |
| 1. In a computer system, a method for automating the expert quantification of image data using a product algorithm comprising: | **Medical Segmentation**<br><br>RSIP Vision is very active in all fields of <u>medical image processing</u> and computer vision applications. Besides all our work in the domain of Artificial Intelligence for <u>cardiology</u>, <u>ophthalmology</u>, <u>pulmonology</u> and <u>orthopedics</u>, our engineers have contributed to many other medical segmentation projects helping our clients to improve public health and save thousands of lives. These medical applications in computer vision help physicians perform early identification of major diseases in brain, kidney, prostate and many other organs. <u>Contact us</u> and tell us about your medical computer vision project: we will help you complete with success all medical segmentation tasks.<br><br>https://www.rsipvision.com/medical-segmentation/<br><br>RSIP Vision imaging technology ("Infringing Product") is a computer program product for generating image analysis. |

**Exhibit E**

| | |
|---|---|
| obtaining a product algorithm for analysis of a first set of image data wherein said product algorithm is configured to recognize at least one entity within said first set of image data via a training mode that utilizes iterative input to an evolving algorithm obtained from at least one first user, wherein said training mode comprises: |   **Automatic segmentation of tumor cells**  Visual examination of **tumor cells** is highly time-consuming and not readily available in clinical applications, where rapid intervention is crucial. Thus, manual segmentation of tumor cells by humans is a quite unpractical and non-trivial task even for experts. Therefore we propose a method for an automatic tumor cells segmentation in histological tissue with variable biomarker expression levels, using **computer vision algorithms** and **machine learning**. *Read more...*  https://www.rsipvision.com/medical-segmentation/  The Infringing Product generates an algorithm based on user manual annotation of objects of interest thereby training the algorithm. |

**Exhibit E**

| | |
|---|---|
| presenting a first set of said at least one entity to said user for feedback as to the accuracy of said first set of identified entities;<br>obtaining said feedback from said user;<br>executing said evolving algorithm using said feedback; | <br><br>https://www.rsipvision.com/medical-segmentation/<br><br>The Infringing Product generates and executes the algorithm based on user manual annotation of objects of interest thereby training the algorithm. |

**Exhibit E**

| | |
|---|---|
| storing said evolving algorithm as a product algorithm; providing said product algorithm to at least one second user so that said at least one second user can apply said product algorithm against a second set of image data having said at least one entity. | **Automatic segmentation of tumor cells**<br><br>Visual examination of **tumor cells** is highly time-consuming and not readily available in clinical applications, where rapid intervention is crucial. Thus, manual segmentation of tumor cells by humans is a quite unpractical and non-trivial task even for experts. Therefore we propose a method for an automatic tumor cells segmentation in histological tissue with variable biomarker expression levels, using computer vision algorithms and machine learning. *Read more...* <br><br>https://www.rsipvision.com/medical-segmentation/<br><br>The Infringing Product stores the evolving algorithm and runs the stored algorithm on all the data to automatically classify additional image of similar type/requirement. |