**Exhibit F**

**Infringement of Claim 1 of U.S. Patent Number 8,687,879 by RSIP Vision**

| CLAIM LANGUAGE | Infringing Application |
|---|---|
| 1. A non-transitory computer program product for automating the expert quantification of image data comprising:<br>a computer-readable medium encoded with computer readable instructions executable by one or more computer processors to quantify image sets comprising a locked evolving algorithm, wherein said locked evolving algorithm is generated by: | <br>https://www.rsipvision.com/medical-segmentation/<br><br>RSIP Vision imaging technology ("Infringing Product") is a computer program product for generating image analysis. |

**Exhibit F**

| | |
|---|---|
| obtaining a product algorithm for analysis of a first set of image data wherein said product algorithm is configured to recognize at least one entity within said first set of image data via a training mode that utilizes iterative input to an evolving algorithm obtained from at least one first user, wherein said training mode comprises: | **Automatic segmentation of tumor cells**<br><br>Visual examination of **tumor cells** is highly time-consuming and not readily available in clinical applications, where rapid intervention is crucial. Thus, manual segmentation of tumor cells by humans is a quite unpractical and non-trivial task even for experts. Therefore we propose a method for an automatic tumor cells segmentation in histological tissue with variable biomarker expression levels, using **computer vision algorithms** and machine learning. *Read more...*<br><br>https://www.rsipvision.com/medical-segmentation/<br><br>The Infringing Product generates an algorithm based on user manual annotation of objects of interest thereby training the algorithm. |

**Exhibit F**

| | |
|---|---|
| presenting a first set of said at least one entity to said user for feedback as to the accuracy of said first set of identified entities;<br>obtaining said feedback from said user;<br>executing said evolving algorithm using said feedback; | <br><br>https://www.rsipvision.com/medical-segmentation/<br><br>The Infringing Product generates and executes the algorithm based on user manual annotation of objects of interest thereby training the algorithm. |

**Exhibit F**

| | |
|---|---|
| presenting a second set of said at least one entity to said user for feedback as to the accuracy of said second set of identified entities; obtaining approval from said user about said second set of entities; storing said evolving algorithm as a product algorithm; and storing said product algorithm for subsequent usage on said image set. | **Automatic segmentation of tumor cells**<br>Visual examination of **tumor cells** is highly time-consuming and not readily available in clinical applications, where rapid intervention is crucial. Thus, manual segmentation of tumor cells by humans is a quite unpractical and non-trivial task even for experts. Therefore we propose a method for an automatic tumor cells segmentation in histological tissue with variable biomarker expression levels, using computer vision algorithms and **machine learning**. Read more... <br><br>https://www.rsipvision.com/medical-segmentation/<br><br>The Infringing product utilizes the machine learning i.e more than one set of data entity to the user for the feedback and training the algorithm and stores the evolving algorithm and runs the stored algorithm on all the data to automatically classify additional image of similar type/requirement. |